JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL FRANCISCO SALAZAR,<br><br>        Petitioner,<br><br>        v.<br><br>SHAWN HATTON, *Warden*,<br><br>        Respondent. | Case No. ED CV 18-0305 DDP (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation and the Order Accepting Report and Recommendation of United States Magistrate Judge and Denying Certificate of Appealability.

DATED: 7-13-18

                HON. DEAN D. PREGERSON
          UNITED STATES DISTRICT JUDGE